THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD MANNING, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS H. MARTIN, Appellant.—

No opinion. Christ, P. J., Hopkins, Munder, Latham and Benjamin, JJ., concur.